# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1038
_____

Alan Geatz,                              *
                                         *
                    Appellant,           *
                                         *
         v.                              *   Appeal from the United States
                                         *   District Court for the
Brotherhood of Maintenance of Way        *   District of North Dakota.
Employees                                *
                                         *      **[UNPUBLISHED]**
                    Appellee.            *

_____

Submitted: June 22, 1998
Filed: July 6, 1998
_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Alan Geatz appeals from the district court's[1] dismissal of his complaint with prejudice for insufficient process and failure to state a claim. After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The HONORABLE RODNEY S. WEBB, Chief Judge, United States District Court for the District of North Dakota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.